**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6176**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JOSEPH ZIADEH,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:02-cr-00273-HEH-1)

———————

Submitted:  May 20, 2013          Decided:  May 23, 2013

———————

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph Ziadeh, Appellant Pro Se.  Robert P. McIntosh, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Ziadeh appeals the district court's order denying (1) his motion for reconsideration of a previous order granting the receiver's application for compensation; and (2) his Fed. R. Civ. P. 60(b)(3) motion for reconsideration of the final restitution order entered in his criminal proceedings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Ziadeh, No. 3:02-cr-00273-HEH-1 (E.D. Va. Jan. 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED